# MEMORANDUM DECISIONS

In re MOTOR SALES & AUTO SERVICE CO. MYERS v. FARMERS' TRUST CO. OF CARLISLE, PA., et al. (Circuit Court of Appeals, Third Circuit. June 24, 1921.) No. 2732. Petition to Revise and Review an Order of the District Court of the United States for the Middle District of Pennsylvania; Charles B. Witmer, Judge. In the matter of the Motor Sales & Service Company, bankrupt. Petition of John E. Myers, attorney against the Farmers' Trust Company of Carlisle, Pa., and J. R. Harkison, trustee in bankruptcy of said bankrupt, to revise and review an order. Order affirmed. E. M. Biddle, Jr., of Carlisle, Pa., and John E. Myers, of Lemoyne, Pa., for petitioner. Merritt F. Hummell, of Carlisle, Pa., for trustee. Ruby R. Vale, of Philadelphia, Pa., and Brinton & Vale, of Carlisle, Pa., for respondents. Before WOOLLEY and DAVIS, Circuit Judges, and THOMPSON, District Judge.

WOOLLEY, Circuit Judge. This cause came on to be heard on the transcript of record from the District Court of the United States, for the Middle District of Pennsylvania, and was argued by counsel. On consideration whereof, it is now here ordered, adjudged and decreed by this Court, that the order of the said District Court in this cause be, and the same is hereby affirmed, with costs.

In re POTTASH. Petition of NEW JERSEY HOUSING & CONTRACTING CO. (Circuit Court of Appeals, Third Circuit. June 24, 1921.) No. 2725. Petition to Revise and Review an Order of the District Court of the United States for the District of New Jersey; John Rellstab, Judge. In the matter of David Pottash, individually and trading as Clayton Shoddy & Cotton Mills, bankrupt; Willis T. Porch, trustee. On petition by the New Jersey Housing & Contracting Company to revise and review an order of the District Court. Order affirmed. Carr & Carroll, of Camden, N. J., for petitioner. Bilder & Bilder, of Newark, N. J., for trustee. Willis T. Porch, of Pitman, N. J., for respondent. Before WOOLLEY and DAVIS, Circuit Judges, and THOMPSON, District Judge.

WOOLLEY, Circuit Judge. This cause came on to be heard on the transcript of record from the District Court of the United States, for the District of New Jersey, and was argued by counsel. On consideration whereof, it is now here ordered, adjudged and decreed by this Court, that the order of the said District Court in this cause be, and the same is hereby affirmed with costs.